THOMAS MADDOCK, Respondent, *v.* HENRY A. ROOT, Appellant.

*Maddock* v. *Root,* 72 Hun, 98, affirmed.
(Argued June 11, 1896; decided October 6, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made October 23, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Thomas P. Wickes* for appellant.

*A. H. Atterbury* for respondent.

Judgment affirmed, with costs ; no opinion.
All concur.

---

GEORGE HAYES, Respondent, *v.* LIUBOMIER R. MESTANIZ, Appellant.

*Hayes* v. *Mestaniz,* 9 Misc. Rep. 705, affirmed.
(Argued June 15, 1896; decided October 6, 1896.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made July 2, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict directed by the court.

*D. Solis Ritterband* for appellant.

*Alexander T. Goodwin* for respondent.

Judgment affirmed, with costs ; no opinion.
All concur.